CENTER FOR DISABILITY ACCESS
Christopher A Seabock, Esq., SBN 279640
Raymond Ballister Jr., Esq., SBN 111282
Dennis Price, SBN 279082
8033 Linda Vista Road Suite 200
San Diego CA 92111
(858) 375-7385; (888) 422-5191 fax
chriss@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | Case No. 5:21-cv-08271-LHK |
| Plaintiff, | |
| v. | **Joint Statement of the Parties re: Reassignment of Case** |
| **JMD Companies LLC**, a California Limited Liability Company; **Bombay Chaat House, Inc**., a California Corporation | **Honorable Lucy H. Koh** |
| Defendants. | |

Pursuant to the order of this court following elevation of Judge Koh to the Ninth Circuit, the parties state the following:

The parties have not mutually agreed upon consent to Magistrate Judge jurisdiction and request reassignment of this case to a District Judge.

//

1

| | | |
|---|---|---|
| Dated: December 23, 2021 | | CENTER FOR DISABILITY ACCESS |

By:   */s/Christopher A Seabock*
Christopher A Seabock
Attorney for Plaintiff

Dated: December 23, 2021          LAW OFFICES OF MAHESH BAJORIA

By:   */s/Mahesh Bajoria*
Mahesh Bajoria
Attorney for Defendants

## **SIGNATURE ATTESTATION**

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

Dated: December 23, 2021         CENTER FOR DISABILITY ACCESS

                                 By:  */s/Christopher A Seabock*
                                 Christopher A Seabock
                                 Attorney for Plaintiff